# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: **Miguel Rojas-Mendoza**

I, _Eddie Maisonet_, declare and state as follows:

On June 2, 2024, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) encountered Miguel Rojas-Mendoza at the Webb County Jail in Laredo, Texas subsequent to an arrest by the Laredo Police Department. ICE/ERO established that Miguel Rojas-Mendoza was a citizen of Mexico who was previously removed from the United States. A Notice of Action-Immigration Detainer, From I-247 was lodged against Rojas-Mendoza.

On October 11, 2024, Rojas-Mendoza was released from Webb County Jail to ICE/ERO Laredo and was issued a Notice of Intent/Decision to Reinstate Prior Order of Removal, Form I-871, pursuant to Section 241(a)(5) of the INA. Rojas-Mendoza was last removed from the United States to Mexico on November 17, 2022, from Laredo, TX. There is no record of Rojas-Mendoza applying for or receiving permission from the Attorney General or Secretary of the Department of Homeland Security to re-renter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on the __11th__ day of __October__, __2024__.

_Eddie Maisonet_
D.O.
Immigration and Customs Enforcement

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, _____.

_____
UNITED STATES MAGISTRATE JUDGE