United States District Court
Southern District of Texas

**ENTERED**
October 14, 2024
Nathan Ochsner, Clerk

# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: **Miguel Rojas-Mendoza**

I, Eddie Maisonet, declare and state as follows:

On June 2, 2024, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) encountered Miguel Rojas-Mendoza at the Webb County Jail in Laredo, Texas subsequent to an arrest by the Laredo Police Department. ICE/ERO established that Miguel Rojas-Mendoza was a citizen of Mexico who was previously removed from the United States. A Notice of Action-Immigration Detainer, From I-247 was lodged against Rojas-Mendoza.

On October 11, 2024, Rojas-Mendoza was released from Webb County Jail to ICE/ERO Laredo and was issued a Notice of Intent/Decision to Reinstate Prior Order of Removal, Form I-871, pursuant to Section 241 (a)(5) of the INA. Rojas-Mendoza was last removed from the United States to Mexico on November 17, 2022, from Laredo, TX. There is no record of Rojas-Mendoza applying for or receiving permission from the Attorney General or Secretary of the Department of Homeland Security to re-renter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on the 11th day of October, 2024.

Eddie Maisonet
D.O.
Immigration and Customs Enforcement

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

lay of _____, _____.

October 11, 2024, 03:19 PM, at Laredo, Texas.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES MAGISTRATE JUDGE